# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LISA A. SMITH, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:15-cv-44 |
| v. | * | |
| CAROLYN W. COLVIN, | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's September 12, 2016, Report and Recommendation, dkt. no. 19, to which Objections have been filed. Plaintiff's Objections are simply a reiteration of her arguments already presented which the Magistrate Judge correctly rejected. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections, dkt. no. 20. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this __23__ day of __September__, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)